## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| Jessica Swanson, | : |
| | : |
| | : Civil Action No.:  6:19-cv-06082-RTD |
| Plaintiff, | : |
| v. | : |
| | : |
| Medicredit, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Jessica Swanson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 13, 2019

Respectfully submitted,

By:  /s/ Sergei Lemberg
    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiff

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 13, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg