IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSICA SWANSON                                                                    PLAINTIFF

V.                              6:19-cv-06082

MEDICREDIT, INC, et al                                                              DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The plaintiff has filed a Notice of Voluntary Dismissal (document #9) pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

IT IS ORDERED that this case is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By: *Laura L. Wolfe*
Deputy Clerk